# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| TYRONE B. HUTCHINS, | ) | 3:10-cv-0369-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 4, 2011 |
| | ) | |
| NEVADA DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Leave to File Amended Complaint (Doc. #9). Defendants have responded with a Non-Opposition to Motion for Leave to Amend Complaint (Doc. #11).  Also before the court is Defendants' Motion for Screening of Amended Complaint (Doc. #12).

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint (Doc. #9) is **GRANTED**. The Clerk shall detach Plaintiff's Amended Complaint from Plaintiff's Motion and file it next in order.

**IT IS FURTHER ORDERED** that Defendants' Motion for Screening of Amended Complaint (Doc. #12) is **GRANTED**.  No answer or other response shall be due from Defendants until such time as the court has screened the Amended Complaint.

LANCE S. WILSON, CLERK
By:_____/s/_____
Deputy Clerk