# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE HUTCHINS, ) | 3:10-cv-0369-LRH (RAM) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | July 1, 2011 |
| ) | |
| NEVADA DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Stay Summary Judgment Proceedings (Doc. #30). Defendants have responded with a Non-Opposition to Plaintiff's Motion to Stay Briefing of Defendants' Motion for Summary Judgment Pending Outcome of Motion to Compel (Doc. #32).

Plaintiff's Motion to Stay Summary Judgment Proceedings (Doc. #30) is **GRANTED** pending the court's decision on Plaintiff's Motion to Compel (Doc. #27) currently set for hearing on July 20, 2011.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/          
     Deputy Clerk