UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| TYRONE B. HUTCHINS, | ) | 3:10-CV-00369-LRH-RAM |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | DATED: July 20, 2011 |
| | ) | |
| NEVADA DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

Deputy Clerk:  Amber Freeman    Recorder:  FTR: 9:01:44 a.m. - 9:45:11 a.m.

Counsel for Plaintiff(s):  Tyrone B. Hutchins, In Pro Per (telephonically)

Counsel for Defendant(s):  Elizabeth Hickman

PROCEEDINGS:  **MOTION HEARING**

9:01 a .m.  Court convenes.

The Court addresses Plaintiff's Motion to Compel (Docket #27).

**Noel Interrogatory 2:**
The answer to the interrogatory is responsive and complete. The Motion to Compel is DENIED.

**Baca Interrogatory 2**:
The answer to the interrogatory is responsive and complete. The Motion to Compel is DENIED.

**Baca Interrogatory 3**:
The interrogatory request is directed to the wrong person. The objections are sustained and the Motion to Compel is DENIED.

**Baca Interrogatory 5**:
The response is adequate and the Motion to Compel is DENIED.

Hutchins v. NDOC, et al.
3:10-CV-00369-LRH-RAM
July 20, 2011
Page 2

**Baca Admission 1**:
The request for admission is directed to the wrong person. The objection is sustained and the Motion to Compel is DENIED.

**Baca Admissions 2, 3, 9, 10, 12**:
The answers to request for admissions are adequate. The Motion to Compel is DENIED.

**Brooks Admissions 2, 3, 4**:
The answers to admissions 2, 3, 4 are adequate. The Motion to Compel is DENIED.

**McDaniel Interrogatories 1, 4, 5, 6, 7, 8**:
Answers to interrogatories are adequate and complete. The Motion to Compel is DENIED.

**McDaniel Admissions 1, 3, 4, 5, 6, 8**:
The Motion to Compel is DENIED.

**Benedetti Interrogatories 3, 4**:
Answers to interrogatories are adequate. The Motion to Compel is DENIED.

**Benedetti Admissions 2, 4, 8, 9, 10**:
The answers to request for admissions are adequate. The Motion to Compel is DENIED.

**Skolnik Interrogatories 1, 2, 3**:
Answers to interrogatories are adequate. The Motion to Compel is DENIED.

**Skolnik Admission 1**:
The Motion to Compel is GRANTED, and Defendant Skolnik will amend his answer to admit.

**Skolnik Admissions 4, 6, 7**:
The Motion to Compel is DENIED.

Plaintiff's First Request for Production of Documents is GRANTED. IT IS ORDERED that, within the next two weeks, the Plaintiff will be given five (5) hours to review his medical records and tag the documents to be copied. The medical department will make and keep those copies for Plaintiff's use at a later time. Plaintiff will incur the expense of the copies. IT IS FURTHER ORDERED that the Court will allow the Plaintiff to go over the $100 copy limit, if needed.

Hutchins v. NDOC, et al.
3:10-CV-00369-LRH-RAM
July 20, 2011
Page 3


IT IS ORDERED that the Plaintiff will have **forty-five (45) days** from today to file an opposition to Defendants' Motion for Summary Judgment (Docket #23).

9:45 a.m.  Court adjourns.


                                        LANCE S. WILSON, CLERK

                                        By:  /s/
                                        Deputy Clerk