UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| TYRONE B. HUTCHINS, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-00369-LRH-WGC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| NEVADA DEPARTMENT OF CORRECTIONS; *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#93[1]) entered on November 27, 2013, recommending granting in part and denying in part Defendants' Motion for Summary Judgment (#73) filed on March 13, 2013. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#93) entered on November 27, 2013, should be adopted and accepted.

---

[1] Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#93) entered on November 27, 2013, is adopted and accepted, and Defendants' Motion for Summary Judgment (#73) is **GRANTED in part and DENIED in part** as follows:

(1) Summary judgment is GRANTED in favor of defendants Everett, Cox, Skolnik, Helling, Benedetti, Bannister and McDaniel;

(2) Summary judgment is DENIED as to defendants Dr. Gedney and Brooks;

(3) Summary judgment is GRANTED to the extent Plaintiff seeks to recover monetary damages against the remaining defendants in their official capacities;

(4) The request of defendants Everett, Cox, Skolnik, Helling, Benedetti, Bannister and McDaniel for qualified immunity is DENIED as moot; and

(5) The request of defendants Dr. Gedney and Brooks for qualified immunity is DENIED because of the existence of factual issues which preclude a determination of qualified immunity at this time.

IT IS FURTHER ORDERED that this case is referred to the Honorable Valerie P. Cooke for the purpose of conducting a settlement conference.

IT IS FURTHER ORDERED that, if settlement is unsuccessful, the remaining parties shall submit their proposed joint pretrial order pursuant to Local Court Rules 16-3 and 16-4 within forty-five (45) days of the unsuccessful settlement conference.

IT IS SO ORDERED.

DATED this 22nd day of January, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE